USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __3/25/2020__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
: 
**STACEY MERCER,** :
:
                      **Plaintiff,** :
:     **1:19-cv-09654 (ALC)**
       **-against-** :
:     **ORDER**
**FRONT & THIRD, LLC,** :
:
                     **Defendant.** :
:
------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Daniel J. Pennessi's letter dated March 10, 2020 and Plaintiff's letter dated March 11, 2020. ECF Nos. 6-7. In Mr. Pennessi's letter and Notice of Appearance, Mr. Pennessi indicates he is a *pro se* litigant; he also states he is employed as "General Counsel for a Connecticut-based Real Estate Developer." ECF No. 7. Although in-house counsel may represent a corporate defendant, it is well settled that "a corporation cannot appear *pro se* in federal court." *Grace v. Bank Leumi Trust Co.,* 443 F.3d 180, 192 (2d Cir. 2006); s*ee also Hounddog Prods., L.L.C. v. Empire Film Grp., Inc.*, 767 F. Supp. 2d 480, 486 (S.D.N.Y. 2011). Accordingly, Defendant, as a corporate entity, may not appear *pro se* in this action and Mr. Pennessi's Notice of Appearance is defective. Should Defendant wish to have Mr. Pennessi represent it in this action, he must refile a Notice of Appearance on Defendant's behalf. Once an adequate Notice of Appearance is entered, Defendant may seek a pre-motion conference.

      Plaintiff is directed to serve a copy of this Order on Defendant by **March 30, 2020**. Additionally, Plaintiff shall file proof of service on or before **April 1, 2020.**

**SO ORDERED.**

**Dated:   March 25, 2020
          New York, New York**

_____
**ANDREW L. CARTER, JR.
United States District Judge**